# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MIGUEL ANGEL CRUZ-DANZOT,    :
                        :
     Petitioner,               :
                        :
     v.                       :     No.: 4:17-CV-1393
                        :
J. BALTAZAR, WARDEN,        :     (Judge Brann)
                        :
     Respondent.            :

## ORDER

**AND NOW**, this 12ᵗʰ day of October 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner's request to proceed *in forma pauperis* is **GRANTED**.

2.  Cruz-Danzot's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

3.  The Clerk of Court is directed to **CLOSE** this case.

4.  Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

5.  Petitioner's motion to compel discovery (Doc. 6) is **DISMISSED** as moot.

                               BY THE COURT:

                               *s/ Matthew W. Brann*
                               Matthew W. Brann
                               United States District Judge